**Marshall YOUNG, Appellant,**

v.

**N. L. HALE, Warden, etc., and State of**
**Alabama, Appellees.**

**No. 25300.**

United States Court of Appeals
Fifth Circuit.

March 14, 1968.

Marshall Young, pro se.

Before WISDOM, BELL and DYER, Circuit Judges.

PER CURIAM:

This appeal is dismissed for lack of a certificate of a probable cause, and because the record does not show that such certificate should be issued by this Court.